TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00446-CR

Gerardo Martinez, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BEXAR COUNTY, 144TH JUDICIAL DISTRICT

NO. 97-CR-1229-W, HONORABLE SUSAN D. REED, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to habitual theft. Tex. Penal Code Ann. § 31.03(a), (e)(4)(D)
(West 1994 & Supp. 1997). The district court assessed punishment at incarceration in a state jail for two
years, but suspended imposition of sentence and placed appellant on community supervision. At a
subsequent hearing on the State's motion to revoke supervision, appellant pleaded true to the alleged
violation. The court revoked supervision and imposed the sentence previously assessed.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The order revoking community supervision is affirmed.

Before Justices Powers, Aboussie and B. A. Smith

Affirmed

Filed: October 16, 1997

Do Not Publish